UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUN 24 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:21-cr-181-JMS-DML |
| ALEXANDRIA FLICK, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(a)(6)
False Statement in Connection with Acquisition of a Firearm

On or about February 10, 2021, within the Southern District of Indiana, ALEXANDRIA FLICK, the defendant herein, in connection with the acquisition of a firearm, to wit: a Kel-Tec SU-22E 22LR rile, serial number VIV38, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to American Arms, which statement was intended and likely to deceive American Arms as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under Chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that she was the actual transferee or buyer of said firearm, when in fact the defendant then knew that she was purchasing said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 922(a)(6).

1

COUNT 2
18 U.S.C. § 924(a)(1)(A)
False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer

On or about February 10, 2021, within the Southern District of Indiana, ALEXANDRIA FLICK, the defendant herein, knowingly made a false statement and representation to American Arms, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 to be kept in the records of American Arms, in that the defendant did falsely declare on an ATF Form 4473 that she was the actual transferee or buyer of a firearm, when in fact the defendant knew that she was acquiring said firearm on behalf of another person,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT 3
18 U.S.C. § 371
Conspiracy to Commit an Offense Against the United States

On or about February 10, 2021, in the Southern District of Indiana, ALEXANDRIA FLICK, the defendant herein, and Individual A, a person known to the Grand Jury and not a defendant herein, did knowingly conspire together to make false and fictitious statements to American Arms, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did falsely declare on an ATF Form 4473 that she was the actual transferee or buyer of a firearm, when in fact the defendant then knew that she was acquiring said firearm on behalf of Individual A.

## MANNER AND MEANS OF THE CONSPIRACY

1. It was part of the conspiracy that ALEXANDRIA FLICK obtained a firearm from a Federal Firearms Licensee (FFL) on behalf of Individual A, a convicted felon, and provided Individual A with a firearm.

## OVERT ACTS

1. On or about February 10, 2021, ALEXANDRIA FLICK travelled to American Arms, a gun store in Bloomington, Indiana.

2. On or about February 10, 2021, ALEXANDRIA FLICK and Individual A communicated through a series of text messages. During the text message conversation, Individual A told FLICK to "Stop at the gun store American arms n get this rifle I saw it's AR15/22."

3. On or about February 10, 2021, ALEXANDRIA FLICK sent a text message to Individual A in which FLICK stated that she was purchasing a "cal .22" and that it was "Make kel-Tec."

4. On or about February 10, 2021, ALEXANDRIA FLICK purchased a Kel-Tec SU 22E 22LR rifle, serial number VIV38, for Individual A at American Arms in Bloomington, Indiana.

5. On or about and between February 10, 2021, and February 25, 2021, FLICK provided the Kel-Tec SU-22E 22LR rifle to Individual A.

All in violation of Title 18 United States Code, Section 371.

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed. The allegations in this indictment are re-alleged as if fully set forth herein.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

   a. One Springfield XDR 9 mm pistol, serial number HM908557; and
   b. One Ruger model Security 9 mm pistol, serial number 383-75622; and
   c. One Glock model 48 9 mm pistol, serial number ADVP915; and
   d. One Ruger model 57 5.7 caliber pistol, serial number 641-62027; and
   e. One Glock Pistole 80 9 mm pistol, serial number BNLP778; and
   f. One Masterpiece Arms model MPA Defender 5.7 caliber pistol, serial number FX16034; and
   g. One Ruger model 57 5.7 caliber pistol, serial number 641-774; and
   h. One Glock 19 9 mm pistol, serial number BRXG303; and
   i. One Glock 19 9 mm pistol, serial number BRXG300; and
   j. One Glock 19 9 mm pistol, serial number BRXG301; and
   k. One Glock 19 9 mm pistol, serial number BRWT526; and
   l. One Glock 19 9 mm pistol, serial number BRWT073; and
   m. One Glock 17 9 mm pistol, serial number ACSX079; and
   n. One Springfield model XDM-45 10 mm pistol, serial number BY308335; and
   o. One Glock 19 9 mm pistol, serial number BRWT526; and

4

    p. One Kel-Tec SU-22E 22LR rifle, serial number VIV38; and

Any ammunition involved in the offense.

A TRUE BILL:

███████████████

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Kelsey L. Massa
Assistant United States Attorney

5