UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:21-cr-00181-JMS-KMB |
| ) | |
| ALEXANDRIA FLICK, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States, by counsel, Zachary A. Myers, United States Attorney, and Kelsey L. Massa, Assistant United States Attorney, hereby files this sentencing memorandum in advance of the change of plea and sentencing hearing presently scheduled for May 17, 2023. For the reasons stated herein, the United States respectfully recommends that this Court sentence the defendant, Alexandria Flick, to a term of imprisonment between 12 and 18 months.

### I. The Offense Conduct

Alexandria Flick purchased 16 firearms between October of 2020 and February of 2021 from a federally licensed firearms dealer. Each time she made a purchase, she affirmed that she was the actual transferee/buyer of the firearms. But she purchased all 16 of those firearms on behalf of an individual named Antoine Sutton, with whom she was in a romantic relationship. Sutton was a convicted felon.[1]

---

[1] Sutton was indicted under cause number 1:21-cr-142 for Felon in Possession of a Firearm, after he sold a firearm that Flick had purchased to a confidential informant. He pleaded guilty and was sentenced to 74 months of imprisonment by Chief Judge Tanya Walton Pratt on March 11, 2022.

1

The ATF became aware of Flick's straw purchasing of firearms after three handguns were recovered in the Chicago area within weeks of Flick purchasing them. One of those guns was used to commit a homicide. Another was recovered with a partially obliterated serial number. The third was recovered with a "switch" device attached, which converted the semiautomatic handgun into a fully automatic mini-machinegun.

Another firearm purchased by Flick was recovered in Bloomington, Indiana in December of 2020. Flick was present when that firearm was recovered. A copy of that police report and corresponding firearms trace is attached herein as Exhibit 1.

In support of its sentencing position, the United States refers the Court to the factual summary included in the Presentence Investigation Report (hereinafter "PSR"), the factual basis contained in the plea agreement, the attached exhibit, and the additional facts outlined above and below.

## II.   *Straw Purchasing and Gun Violence*

Criminals obtain firearms any number of ways – from friends or family members, in private sales that do not require background checks, or by stealing them. But straw purchasing, in which a purchaser buys a gun from a federally licensed firearms dealer on behalf of someone else, is itself a significant source of supply for the illegal gun market.

 The turmoil of the year 2020 exacerbated the already intransigent problem of gun violence in the United States.[2] According to the CDC, 45,222 people died from

---

[2] The statistics cited in this memorandum come from the Federal Bureau of Investigation's Uniform Crime Report (available at, https://crime-data-explorer.app.cloud.gov/pages/home); the Centers for

gun-related injuries (which includes homicides, suicides, and accidental shootings) nationwide in 2020. This was the highest total ever reported, representing a 14% increase from the year before and a 25% increase from five years earlier. This trend continued in 2021. Over 47,000 people died from gun-related homicide or suicide in 2021.

This increase in firearms deaths coincided with a massive increase in firearm purchases. Americans purchased approximately 23 million guns in 2020 – a 65% increase from 2019. This nationwide gun-buying spree continued into 2021, when in a single week the Federal Bureau of Investigation reported a record 1.2 million background checks. *See* Roni Caryn Rabin, *Gun Related Suicides and Killings Continued to Rise in 2021, CDC Reports*. THE NEW YORK TIMES. Oct. 6, 2022 (available at https://www.nytimes.com/2022/10/06/health/guns-homicides-suicides-cdc.html).

If all of those guns were purchased by responsible, law-abiding gun owners, this would not be cause for concern. However, many of those guns were bought by straw purchasers like this Defendant and then transferred to prohibited persons, trafficked to other states for resale, used to commit crimes, or some combination of the three.

The ATF traces hundreds of thousands of crime guns every year, and the trafficking patterns remain remarkably consistent. States with less restrictive gun laws are steady "source states" for their more restrictive neighbors. In Los Angeles,

---

Disease Control and Prevention National Center for Health Statistics (available at https://www.cdc.gov/nchs/fastats/injury.htm), the Gun Violence Archive (gunviolencearchive.org), ATF Firearms Trace Data (available at https://www.atf.gov/resource-center/data-statistics) and other sources cited within this memorandum.

for example, hundreds of crime guns each year trace their point-of-sale back to Arizona, where it is much easier to purchase a handgun than California. *See* Ron Cassie, *The Iron Pipeline.* BALTIMORE MAGAZINE, available at https://www.baltimoremagazine.com/section/community/iron-pipeline-gun-violence-out-of-state-traffickers/. Similarly, the biggest exporter of crime guns into Baltimore is Virginia. *Id.* And Indiana is the primary source of out-of-state crime guns recovered in Chicago. *Id.*

Additional data shows that women are frequently recruited to illegally buy guns via straw purchase. A University of Chicago Crime Lab study suggests women purchase nearly a fourth of the guns that are recovered in Chicago crimes within a year of purchase. Dina Kraft, *Women: The Newest Weapon in the Fight Against Gun Violence.* THE ATLANTIC, October 13, 2012, available at https://www.theatlantic.com/national/archive/2013/10/women-the-newest-weapon-in-the-fight-against-gun-violence/280986/. Another ATF study found that 18 percent of straw purchasers were girlfriends or spouses. *Id.* And according to a 2007 Office of Justice Programs study, though women comprised only 9.7% of all handgun buyers during the study's time period, they purchased 14.8% of handguns that were later recovered by police.[3]

The root causes of gun violence, whether in Indianapolis, Chicago, or nationwide, are complex and varied. But the diversion of guns from legal to illegal commerce via straw purchasing clearly fuels that violence.

---

[3] Available at https://www.ojp.gov/pdffiles1/nij/grants/221074.pdf.

### III.  The 3553(a) Factors

A sentence of incarceration between 12 and 18 months fairly reflects the factors to be considered under § 3553(a), including the nature and circumstances of the offense, the history and characteristics of the defendant, the need for the sentence to reflect the seriousness of the offense, the need to promote respect for the law and afford adequate deterrence to criminal conduct, and the need to avoid unwarranted sentencing disparities. Such a sentence is sufficient, but not greater than necessary, to meet the goals of sentencing.

The nature and circumstances of this offense are extremely serious. The defendant knowingly and repeatedly lied in connection with the purchase of sixteen firearms. She stated that she was the actual transferee/buyer, when in fact she was purchasing that firearm on behalf of Antoine Sutton, a convicted felon. Sutton would then resell those firearms.

Sutton sold one of those firearms, a Kel-Tec SU-22E semiautomatic rifle, like the one depicted below, to a confidential informant on February 25, 2021.



Flick drove Sutton to this transaction. Investigators recovered the rifle from the confidential informant after the purchase. The firearm was equipped with a high-capacity magazine and was loaded with 26 rounds.

Multiple guns Flick purchased on Sutton's behalf have been recovered by law enforcement in connection with various crimes, including homicide. As detailed above, the straw purchasing of firearms is a significant driver of gun violence, and straw purchasing by women for men is far too common. A term of incarceration is therefore necessary to promote respect for the law and deter other offenders from committing similar crimes.

The United States believes that a sentence of between 12 to 18 months strikes the correct balance between the aggravating and mitigating factors present in this case. The proposed sentence accounts for Flick's lack of criminal history – though it bears noting that it is this "clean" record which allowed her to purchase firearms in the first place. And though it does not excuse Flick's crime, the relationship between Sutton and Flick undoubtedly influenced Flick's behavior.

Furthermore, the proposed sentence is a downward variance from the advisory range contained within the Presentence Investigation Report. (PSR ¶ 59). The United States does not contest the guidelines calculation contained in the PSR, and certainly does not condone the unlawful possession of firearms by illegal drug users. Flick's assertion on ATF form 4473 that she did not use illegal drugs is yet another false statement that Flick made in connection with the gun purchases in this case. However, the conduct this particular prosecution targeted was the straw purchase,

i.e., the false statement that Flick was the actual purchaser, when she was actually purchasing the firearms for another person.

Finally, the recommended sentence would avoid unwarranted sentencing disparities. Sutton recruited another woman, Ariel Campbell, to purchase firearms on his behalf. She purchased one firearm and attempted to purchase two more. She was ultimately sentenced to 10 months imprisonment.

## CONCLUSION

For the reasons stated above, the United States recommends this Court sentence the defendant to a term of imprisonment between 12 and 18 months.

        Respectfully submitted,

        ZACHARY A. MYERS
        UNITED STATES ATTORNEY


By:   /s/ *Kelsey L. Massa*
      Kelsey L. Massa
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on **May 10, 2023,** the foregoing Government's Sentencing Memorandum was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

> By:   /s/*Kelsey L. Massa*
> Kelsey L. Massa
> Assistant United States Attorney
> Kelsey.massa@usdoj.gov