Deputy Report for Incident M20-33158                                                                 Page 4 of 15

## Narrative

INITIAL NARRATIVE BY DEPUTY MOULDEN
M20-33158

ON DECEMBER 12, 2020, AT APPROXIMATELY 22:30 HOURS, I WAS DRIVING EASTBOUND IN MY MARKED SHERIFFS OFFICE PATROL VEHICLE ON WEST KIRKWOOD AVENUE WHEN I OBSERVED A WESTBOUND JEEP WRANGLER WITH INDIANA FLEET PLATE LATER DETERMINED TO BE FL925AAK HEADED WESTBOUND ON KIRKWOOD NEAR NORTH ELM STREET AT AN EXTREMELY HIGH RATE OF SPEED. MY VEHICLES RAPTOR RP-1 MOBILE RADAR UNIT GAVE A CLEAR TONE AND INDICATED THAT THE JEEP WAS DRIVING 63 MILES PER HOUR IN THE 30 MILE PER HOUR ZONE. I ATTEMPTED TO TURN AROUND AND CATCH UP TO THE VEHICLE. I KEPT VISUAL FROM AFAR AND FINALLY REACHED WITHIN APPROXIMATELY 100 YARDS OF IT AS IT APPROACHED SOUTH KIMBLE DRIVE AND I ACTIVATED MY EMERGENCY LIGHTS. I QUICKLY CLOSED THE DISTANCE TO JUST A FEW CAR LENGTHS AND ACTIVATED MY SIREN. AFTER I NOTICED NO SIGNS OF THE DRIVER ATTEMPTING TO YIELD, THE DRIVER MADE A QUICK RIGHT HAND TURN TO GO EAST ONTO WEST MARLENE DRIVE AND THEN STOPPED SUDDENLY IN THE MIDDLE OF THE STREET IN FRONT OF THE RESIDENCE AT ███ EST MARLENE DRIVE.

THREE BLACK MALE OCCUPANTS IN THEIR 20'S OR 30'S QUICKLY EXITED THE VEHICLE AND BEGAN QUICKLY WALKING TOWARDS THE ADDRESS WHILE YELLING SOMETHING ABOUT THERE BEING AN EMERGENCY INSIDE AND THEY COULDN'T STOP. DUE TO THE DISTANCE AND SIGHT ANGLES AND LIGHTING AND RAPIDLY INVOLVING CIRCUMSTANCES I CANNOT DEFIANTLY SAY AT THIS TIME WHO WAS SITTING WHERE IN THE VEHICLE. ONE OF THE THREE INDIVIDUALS WAS LATER IDENTIFIED AS ANTOINE SUTTON. ANOTHER WAS LATER IDENTIFIED VERBALLY AS P███████ F███ AS THEY WERE FLEEING I REPEATEDLY VERBALLY IDENTIFIED MYSELF AS LAW ENFORCEMENT OFFICER AND ORDERED THEM TO STOP WHILE I DREW MY HANDGUN.

SUTTON, F███ AND THE OTHER PERSON WENT INSIDE THIS RESIDENCE THROUGH THE EAST DOOR AND IMMEDIATELY SLAMMED IT SHUT BEHIND THEM. I COULD SEE AND HEAR NUMEROUS OTHER INDIVIDUALS INSIDE. I HELD A POSITION OF COVER OUTSIDE IN THE NORTHEAST CORNER UNTIL ADDITIONAL DEPUTIES COULD ARRIVE TO ASSIST. WHEN LIEUTENANT THOMAS ARRIVED ON SCENE HE OBSERVED A HANDGUN IN PLAIN VIEW IN THE SEAT OF THE VEHICLE. MEANWHILE I COULD HEAR LOTS OF MOVEMENT, BANGING AND YELLING WHILE WE KNOCKED ON THE FRONT DOOR. NO ONE CAME OUTSIDE FOR SEVERAL MINUTES UNTIL EVENTUALLY WE DID MAKE CONTACT WITH THE FEMALE RESIDENT WHO GAVE US PERMISSION TO GO INSIDE.

SEVERAL DEPUTIES AND BPD OFFICER AND I CLEARED SEVERAL CLOSED ROOMS AND DID NOT LOCATE ANYONE HIDING. INSIDE IN THE MAIN COMMON AREA, I RECOGNIZED SUTTON AND F███ AS TWO OF THE INDIVIDUALS THAT HAD EXITED THE VEHICLE. THERE WAS MANY OTHER PEOPLE INSIDE WHAT WAS AN APPARENT PARTY AT THIS LOCATION. THERE WAS ALSO A STRONG ODOR OF MARIJUANA INSIDE THE RESIDENCE. OTHERS INSIDE TOLD ME THAT SUTTON WAS DRIVING THE JEEP. WHILE WE WERE INVESTIGATING OTHER INDIVIDUAL SHOWED UP ON SCENE THAT WAS NOT PRESENT AT THE BEGINNING. SHE WAS IDENTIFIED AS ALEXANDRIA FLICK AND SHE ARRIVED WITH A BABY IN A CARRIER. SHE CAME INSIDE AND SERGEANT HALE OBSERVED SUTTON GO TO THIS BABY CARRIER LIFT UP THE BLANKET COVERING THE CARRIER AND INSERT HIS UPPER BODY AWKWARDLY UNDERNEATH THE BLANKET.

SHORTLY AFTER DOING THIS WHEN FLICK WALKED BACK OUTSIDE WITH BABY CARRIER DEPUTIES NOTICED A STRONG ODOR OF RAW MARIJUANA EMANATING FROM THE CARRIER. FLICK WAS LATER ADVISED OF THE PIRTLE WARNING AND ULTIMATELY CONSENTED TO SEARCH OF THE CARRIER WHICH LED TO THE RECOVERY OF 17 INDIVIDUALLY PACKAGED BAGGIES OF A GREEN LEAFY SUBSTANCE BELIEVED TO BE MARIJUANA. THE SUSPECTED MARIJUANA WAS LATER WEIGHED AND FOUND TO WEIGH 62 GRAMS IN TOTAL WEIGHT. FLICK DENIED KNOWLEDGE OF THESE DRUGS AND DEPUTIES HAD A VISUAL ON HER AND THE BABY CARRIER THE ENTIRE TIME SHE WAS PRESENT AT THIS SCENE. NO ONE OTHER THAT SUTTON OR FLICK GOT NEAR THE BABY CARRIER. NO LAW ENFORCEMENT OFFICERS NOTICED THE ODOR OF

Deputy Report for Incident M20-33158                                      Page 5 of 15

---

MARIJUANA COMING FROM THE BABY CARRIER EITHER BEFORE SUTTON HAD APPROACHED IT. BASED ON OUR TRAINING AND EXPERIENCE THE LARGE AMOUNT OF DRUGS COUPLED WITH THEIR PACKAGING IS INDICATIVE OF AN ATTEMPT TO DISTRIBUTE.

I PLACED SUTTON AND ▮ IN HANDCUFFS AND ESCORTED THEM OUTSIDE TO WAIT IN PATROL VEHICLES. THEIR HANDCUFFS WERE DOUBLE LOCKED AND CHECKED FOR PROPER FIT WITH NO COMPLAINANT OF PAIN. BOTH INDIVIDUALS WERE SEARCHED THOROUGHLY NOTHING OF EVIDENTIARY VALUE WAS LOCATED; HOWEVER, ON THEIR PERSONS. WE ADVISED THEM OF THEIR MIRANDA WARNING. SUTTON TOLD US HE WAS IN THE VEHICLE BUT INSISTED HE WAS NOT DRIVING. HE WOULD NOT TELL ME WHERE HE WAS SITTING AT FIRST, ALTHOUGH HE DID EVENTUALLY TELL ME HE WAS IN THE FRONT PASSENGER SEAT. HE REFUSED TO NAME THE OTHER TWO INDIVIDUALS IN THE VEHICLE AND NOT TELL ME WHO WAS DRIVING. SUTTON DID EVENTUALLY STATE THAT THE OTHER INDIVIDUAL THAT WE HAD IN CUSTODY REFERRING TO ▮ WAS SITTING IN THE BACK SEAT. SUTTON MEANWHILE ALTERNATED BETWEEN ADMITTING RESPONSIBILITY FOR THE DRUGS WE FOUND IN THE BABY CARRIER AND DENYING THAT HE PUT THEM THERE. I ALSO QUESTIONED FORD AND HE TOLD ME HE WAS IN THE VEHICLE BUT DID NOT KNOW THE OTHER TWO PEOPLES NAMES. ▮ ALSO APPEARED UNSURE OF HIS OWN PERSON INFORMATION. AT THE TIME OF THIS REPORT HIS IDENTITY REMAINED UNCONFIRMED. DISPATCH WAS NOT ABLE TO LOCATE A STATE IDENTIFICATION WITH THE INFORMATION PROVIDED.

ON SCENE ALEXANDRIA FLICK STATED THAT SHE HAD RENTED THE VEHICLE THROUGH ENTERPRISE BUT CLAIMED NOT TO KNOW SUTTON. SUTTON MEANWHILE CLAIMED THAT THEY WERE IN A RELATIONSHIP TOGETHER AND HE CONSIDERED HER BABY TO BE LIKE A CHILD TO HIM ALTHOUGH IT IS NOT ACTUALLY HIS BABY. FLICK SAID THAT THE GUN THAT WE SAW VISIBLE IN THE SEAT WAS HERS BUT WHEN I ASKED HER TO DESCRIBE WHAT KIND OF GUN IT WAS SHE COULDN'T TELL ME ANYTHING ABOUT IT. SHE STATED THAT SHE DIDN'T KNOW AND THAT SHE HAS LOTS OF GUNS. I ASKED FLICK HOW THE VEHICLE CAME INTO ANOTHER PERSON'S POSSESSION AND SHE OFFERED NO EXPLANATION FOR THIS WHAT SO EVER. SHE STATED SHE DID NOT KNOW WHO WAS DRIVING AND DID NOTE VISIBLY AFRAID OF SUTTON.

DEPUTY GREENE ULTIMATELY LOCATED A KEY TO THE VEHICLE ALONG WITH SERGEANT HALE. WHEN THEY UNLOCKED THE VEHICLE THEY LOCATED A HANDGUN THAT VISIBLE IN THE SEAT AND ANOTHER HANDGUN FROM THE GLOVE BOX. DEPUTY GREENE TRANSPORTED THESE TWO WEAPONS TO STATION WHERE HE GAVE THEM TO ME AND I LOGGED THEM INTO EVIDENCE AND PLACED THEM INTO LOCKER 7. I ALSO LOGGED THE SUSPECTED MARIJUANA AND THE TWO GUNS FULLY LOADED MAGAZINES IN EVIDENCE AS WELL. BLANDS WRECKER SERVICE ARRIVED TO IMPOUND THE VEHICLE AND DEPUTY GREENE CONDUCTED AN INVENTORY. I CONTACTED ENTERPRISE HOLDINGS LAW ENFORCEMENT ENQUIRY TELEPHONE LINE AND INFORMED THEM OF THE SITUATION AND WHERE THEIR VEHICLE WAS. THEY WERE ABLE TO CONFIRM WITH ME THAT ALEXANDRIA FLICK WAS THE RENTER AND ONLY AUTHORIZED DRIVER FOR THEIR VEHICLE. THE PICKUP DATE OF THE VEHICLE WAS NOVEMBER 6 AND THE VEHICLE WAS DUE TO BE RETURNED ON DECEMBER 18.

DEPUTY ZEISER TRANSPORTED ▮ ▮ TO THE MONROE COUNTY CORRECTIONAL CENTER WHERE HE BOOKED FOR RESISTING LAW ENFORCEMENT. I TRANSPORTED ANTOINE SUTTON TO THE MONROE COUNTY SHERIFFS OFFICE WHERE WE SPOKE FURTHER IN INTERVIEW ROOM 2 WHICH WAS RECORDED ON THE BUILDINGS DIGITAL VIDEO SYSTEM. SUTTON GAVE BASICALLY THE SAME STORY AS WHAT HE GAVE ME OUT ON THE STREET. I ULTIMATELY BOOKED HIM FOR RESISTING LAW ENFORCEMENT AND DEALING MARIJUANA. AT THIS TIME THIS CASE WILL REMAIN ACTIVE WHILE WE ATTEMPT TO PROCESS THE WEAPONS RECOVERED FROM THE VEHICLE.

END OF NARRATIVE

JC

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: March 01, 2021

## FIREARMS TRACE SUMMARY

Trace Number: T20210018417   Request Date: January 14, 2021   Completion Date: January 19, 2021

**REBECCA BOETTJER(MOULDEN)**
MONROE COUNTY SHERIFF OFFICE
301 NORTH COLLEGE AVENUE
BLOOMINGTON, IN 47404

Badge No: 5361
Investigation No: M20-33158

### FIREARM INFORMATION
- Manufacturer: GLOCK GMBH
- Model: 19
- Caliber: 9
- Serial Number: BRXG300
- Type: PISTOL
- Country: AUSTRIA
- Importer: GLOCK INC, SMYRNA GA
- Obliterated:
- Identifying Marks:
- NIBIN:
- Gang Name:

### RECOVERY INFORMATION
Recovery Date: 12/13/2020
Time to Crime: 2 days

MARLENE DR
BLOOMINGTON, IN 47404
Possessor:
DOB:
POB: UNITED STATES

### PURCHASER INFORMATION
Purchase Date: 12/11/2020
ALEXANDRIA PAIGE FLICK

POB: INDIANAPOLIS, IN UNITED STATES
Race: WHITE
Sex: Female
Height: ft in
Weight: lbs
ID 1:
ID 2: :

### DEALER INFORMATION
FFL: 43504577
AMERICAN ARMS TRAINING ACADEMY
4545 W STATE ROAD 45
BLOOMINGTON, IN 47403
Phone: (812) 287-8531  Ext:
Ship-To-Date:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
MULTIPLE SALE MODEL SUBMITTED ASD 19GEN5

The information in this report must be validated prior to use in any criminal proceedings.